Case 5:14-cv-01075-MHH-SGC   Document 2   Filed 06/06/14   Page 1 of 4

FILED
 2014 Jun-06 PM 03:44
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

CV-14-HA-1075-NE

FOR USE BY INCARCERATED PERSONS

2014 JUN -6 P 1: 03

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

## APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Declaring that the personal and financial information I have given below is true and correct, I apply to this Court for authority to proceed with this case without prepayment of fees, costs, or security.

1. Your full name: Xavier Johnson
   Present mailing address: 28779 Nick Davis RD, B-53-1A
   Harvest, Alabama 35749

2. Are you presently employed?  Yes ____   No ✓

   If the answer is "yes," give the name and address of your employer and the amount of your usual monthly salary or wages.

   _____

   _____

   Monthly earnings: ___0___

   If the answer is "no," give the name and address of your last employer, when you last worked, and the amount of the monthly salary or wages you were receiving.

   _____

   _____

   Date last worked: _____

   Monthly earnings: _____

3. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession, or any form of self-employment?    Yes ____   No ✓
   (b) Interest, dividends, rents, or investment income of any kind?   Yes ____   No ✓
   (c) Pensions, annuities, or life insurance payments?    Yes ____   No ✓
   (d) Gifts or inheritances?    Yes ____   No ✓

1

(e)  Any other sources?                                                   Yes _____        No ✓

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____

_____

4.  How much money do you own or have in any checking or saving accounts, including your prison or jail account? $ _____

5.  Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?   Yes _____        No ✓

If the answer is "yes," describe the property and state its approximate value: _____

_____

6.  List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute toward their support. _____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: __6/02/2014__                      _____
                                          SIGNATURE OF PLAINTIFF
                                          ADDRESS: 28779 Nick Davis Rd
                                          Harvest, Al. 35749
                                          AIS # 222878

### ★★★ IMPORTANT NOTICE ★★★

Your application to proceed *in forma pauperis* is NOT COMPLETE and WILL NOT BE CONSIDERED by the Court unless the attached page entitled INFORMATION REGARDING PRISONER ACCOUNTS is properly completed and certified.

## INFORMATION REGARDING PRISONER ACCOUNTS

The Prison Litigation Reform Act, Pub. L. No. 104-134, §804, requires a prisoner seeking to proceed *in forma pauperis* to submit information regarding his prison or jail trust account for the six months preceding the filing of the complaint. This information must be obtained from the appropriate official of each prison or institution at which the prisoner is or was confined within the past six months. This information **must** be certified by prison or jail personnel and **must** include both the total deposits made to the prisoner's account each and every month for the preceding six months and the average monthly balance in the account each and every month during the preceding six months. Information for **six full months** must be provided.

### CERTIFICATION

I hereby certify that prisoner __Javier Johnson  AIS 222878__ has been incarcerated in this institution since _____, 20____, and that he has the sum of $__0.07__ in his prison or jail trust account on this the __3rd__ day of __June__, 20__14__. I further certify that the information provided below is true and correct.

|  | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | _____ | $_____ | $_____ |
| Month 2 | _____ | $_____ | $_____ |
| Month 3 | PLEASE SEE | $_____ | $_____ |
| Month 4 | ATTACHED REPORT | $_____ | $_____ |
| Month 5 | _____ | $_____ | $_____ |
| Month 6 | _____ | $_____ | $_____ |
| Current month (if less than full month) | _____ | $_____ | $_____ |

_____
Signature of Authorized Officer of Institution

__Limestone Correctional Facility__
Name of Institution

3

Alabama Department of Corrections  ITF001

Average Inmate Deposit Balances for JOHNSON, XAVIER MOHANDAS AIS# 00222878

|  | Average Balance | Gross Deposits |
|---|---|---|
| 5/31/2014 | $0.07 | $0.00 |
| 4/30/2014 | $0.07 | $0.00 |
| 3/31/2014 | $0.07 | $0.00 |
| 2/28/2014 | $0.07 | $0.00 |
| 1/31/2014 | $0.07 | $0.00 |
| 12/31/2013 | $0.07 | $0.00 |
| 11/30/2013 | $0.07 | $0.00 |
| 10/31/2013 | $0.07 | $0.00 |
| 9/30/2013 | $0.07 | $0.00 |
| 8/31/2013 | $0.07 | $0.00 |
| 7/31/2013 | $0.07 | $0.00 |
| 6/30/2013 | $0.01 | $0.07 |
|  | $0.06 | $0.07 |